Dismissed and Opinion filed October 30, 2003









Dismissed and Opinion filed October 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00988-CV

____________

 

CHARLES OSOEZE, Appellant

 

V.

 

INTRACARE, Appellee

 



 

On Appeal from the 189th
District Court

Harris County, Texas

Trial Court Cause No. 01-36671

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment
signed July 21, 2003.

On October 14, 2003, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed October 30, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.